Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
E-Mail: amish@doshilegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**MMJK, INC.**

                Debtor.

**Chapter 7**

**Case No.   19-10454 (SCC)**

**Jointly Administered**

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

> Amish R. Doshi, Esq.
> **Doshi Legal Group, P.C.**
> 1979 Marcus Avenue, Suite 210E
> Lake Success, NY 11042
> E-Mail: amish@doshilegal.com

Dated: March 21, 2019
       Lake Success, New York

**Respectfully Submitted,**

By:     /s/ Amish R. Doshi
      Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:   amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
E-Mail: amish@doshilegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**MMJK, INC.**<br><br>                    Debtor. | **Chapter 7**<br><br>**Case No.   19-10454 (SCC)**<br><br>**Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on March 21, 2019, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

　　　　　　　　　　　　　　　　　　 /s/ Amish R. Doshi
　　　　　　　　　　　　　　　　　　Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| RockYou, Inc.<br>233 Broadway, 13th Floor<br>New York, NY 10279 | Nathan S. Greenberg, Esq.<br>McGuire Woods, LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020 |
| Salvatore LaMonica<br>LaMonica, Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 | US TRUSTEE'S OFFICE<br>201 Varick Street, Room 1006<br>New York, NY 10014 |