| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Ravi Vohra<br>340 Madison Avenue<br>New York, New York 10173<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>*Counsel to CL Media Holdings LLC* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>MMJK, Inc.<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-10454 (SCC) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Sections 102(1), 342, and 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), McDermott Will & Emery LLP appears in the above-captioned Chapter 7 Case (the "Chapter 7 Case"), on behalf of CL Media Holdings LLC ("CL Media"). The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

　　　　　　　　　　　Darren Azman, Esq.
　　　　　　　　　　　Ravi Vohra, Esq.
　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　New York, New York 10173
　　　　　　　　　　　Telephone: (212) 547-5400
　　　　　　　　　　　Facsimile: (212) 547-5444
　　　　　　　　　　　Email: dazman@mwe.com
　　　　　　　　　　　　　　　rvohra@mwe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of CL Media, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in this chapter 7 case or any case, controversy, or proceeding related to this chapter 7 case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which CL Media may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       March 28, 2019

**MCDERMOTT WILL & EMERY LLP**

  /s/ Darren Azman
Darren Azman, Esq.
Ravi Vohra, Esq.
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:    dazman@mwe.com
             rvohra@mwe.com

*Counsel to CL Media Holdings LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2019, the foregoing *Notice of Appearance and Request for Service of all Pleadings and Documents* was served on the party listed below via the Court's CM/ECF system.

Nathan S. Greenberg, Esq.
McGuireWoods LLP
*Attorneys for Debtor*
1251 Avenue of the Americas, 20th Floor
New York, NY 10020

Gary Frederick Herbst, Esq.
LaMonica Herbst & Maniscalco
*Attorneys for the Chapter 7 Trustee*
3305 Jerusalem Avenue
Wantagh, NY 11793

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
*Attorneys for Oracle America, Inc.*
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

Dated: New York, New York
      March 28, 2019

**MCDERMOTT WILL & EMERY LLP**

  /s/ Darren Azman
Darren Azman, Esq.
Ravi Vohra, Esq.
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mwe.com
        rvohra@mwe.com

*Counsel to CL Media Holdings LLC*